AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Cristian Aurelio LEDESMA-BARAJAS<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:22-mj-299<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 28, 2022__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii). | knowingly and intentionally possessing with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii). |

This criminal complaint is based on these facts:

See attached affidavit, incorporated in reference herein

☑ Continued on the attached sheet.

_____
*Complainant's signature*

DEA Task Force Officer J. Smith
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __April 29, 2022__

_____
Kimberly A. Jolson
United States Magistrate Judge

City and state: __Columbus, Ohio__

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Jacob Smith, (hereinafter referred to as the Affiant) being duly sworn, depose and state:

1. I am currently employed as a Deputy for the Franklin County Sheriff's Office, currently assigned full-time as a Task Force Officer with the Drug Enforcement Administration (DEA) Columbus District Office. As such, I am an "investigative or law enforcement officer" of the United States within the meaning of Title 18, United States Code (U.S.C.) § 2510(7), that is, an officer of the United States empowered by law to conduct criminal investigations and make arrests for offenses enumerated in Title 18, U.S.C. § 2516. Your Affiant is empowered to investigate, to make arrests with or without warrants and to execute search warrants under the authority of Title 21, U.S.C. § 878 and the Ohio Revised Code. Since 2013, your Affiant has been employed with the Franklin County Sheriff's Office. Prior to that employment, your Affiant was employed with multiple law enforcement agencies within the State of Ohio for approximately three years. Those law enforcement agencies include the Village of Obetz Police Department as a full-time Officer, Sharon Township Police Department as a part-time Officer and the Westerville Police Department as a reserve Officer.

2. Prior to being assigned to the DEA Task Force in February 2019, your Affiant was a Detective with the Franklin County Sheriff's Office (FCSO), Special Investigations Unit and had been assigned to that unit since July 2014. Your Affiant, while assigned to the Special Investigations Unit, has conducted or participated in numerous state and federal narcotics investigations concerning the possession and distribution of controlled substances. Your Affiant was also assigned to the FCSO Heroin Overdose Prevention and Education (H.O.P.E) Task Force where I conducted numerous criminal investigations pertaining to fatal and non-fatal overdoses, these investigations resulted in convictions in Franklin County Common Pleas Court and United States District Court, Southern District of Ohio.

3. As a DEA Task Force Officer, I have participated in numerous investigations which have resulted in the successful prosecution of individuals and organizations involved in trafficking heroin, cocaine, cocaine base ("crack"), marijuana, methamphetamine and other controlled substances. Through the course of these investigations, I have personally interviewed confidential sources and other persons involved in the distribution of illegal narcotics. I have also interviewed persons arrested for the distribution of illegal narcotics. I have spoken with more experienced narcotics investigators with whom I have worked concerning the practices of narcotics traffickers and the best investigative methods to use when conducting investigations of narcotics trafficking organizations. Through the course of my investigations and through my conversations with more experienced narcotics investigators, I have become familiar with the methods and means utilized by persons who participate in the illegal distribution of controlled substances

1

## PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of an application for a federal arrest warrant and complaint against **Cristian Aurelio LEDESMA-BARAJAS** (hereinafter referred to as "**LEDESMA-BARAJAS**"). My knowledge of this investigation is based upon my own personal observations, as well as the observations and investigation conducted by other law enforcement officers knowledgeable of the facts and circumstances involved in the subject investigation. I have not included in this Affidavit all the facts known to me, but only that information sufficient to establish probable cause to believe that **LEDESMA-BARAJAS** has committed a violation of Title 21, United States Code (U.S.C) Section 841 (a)(1) and (b)(1)(A)(viii) did knowingly and intentionally possess with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance.

## FACTS SUPPORTING PROBABLE CAUSE

2. On April 28, 2022, Franklin County Municipal Court Judge James E. Green authorized a State of Ohio search warrant for 2255 Sullivant Avenue in Columbus, Ohio.

3. On April 28, 2022, the Franklin County Sheriff's Office (FCSO) SWAT team assisted the Franklin County Sheriff's Office, Special Investigations Unit (SIU) with executing a narcotics search warrant at 2255 Sullivant Avenue in Columbus, Ohio. Upon the search warrant being executed, members of FCSO SWAT located an individual later identified as **Cristian Aurelio LEDESMA-BARAJAS** inside the residence. Once the residence was secure, investigators with the FCSO-SIU conducted a search of the residence. During the search, investigators located items to include, 114 clear plastic bags containing a clear hard substance believed to be methamphetamine in a closet within a bedroom located in the second floor of the residence. It should be noted, investigators conducted a field test on the suspected methamphetamine using a representative sample from one of the bags containing the suspected methamphetamine. During the field test, the substance tested presumptive positive for methamphetamine. Investigators discovered each of the 114 bags were packaged in approximately one pound increments weighing an approximate total of 114 pounds of methamphetamine. Investigators located two forms of Mexican identification for **LEDESMA-BARAJAS** within the bedroom where the drugs to include, the methamphetamine was located.

4. Following **LEDESMA-BARAJAS'** arrest, he was read and waived his Miranda rights and agreed to speak with investigators. During the interview, **LEDESMA-BARAJAS** stated he lived at 2255 Sullivant Avenue in Columbus, Ohio. **LEDESMA-BARAJAS** stated had knowledge of the drugs located in his room. **LEDESMA-BARAJAS** admitted the room where the drugs and his identification were found was his room. **LEDESMA-BARAJAS'** stated currently he is unemployed and added his only source of income is $1,000.00 a week he is paid for selling drugs.

5. Based upon my experience and training, your Affiant is aware that the quantity of methamphetamine located inside 2255 Sullivant Avenue is consistent with a distribution amount.


6. Based upon this information, your Affiant believes probable cause exists that on the above date, in the Southern District of Ohio, **Cristian Aurelio LEDESMA-BARAJAS** to knowingly and intentionally possesses with intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of 21 U.S.C. Section 841 (a)(1) and (b)(1)(A)(viii)

Jacob Smith
Task Force Office
Drug Enforcement Administration

Sworn before me and subscribed in my presence on this 29th day of April, 2022, in Columbus, Ohio.

Kimberly A. Jolson
United States Magistrate Judge

3